# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

JUAN JOSE SALAZAR DIAZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1357

————————————————

June 24, 2026

Appeal from the Circuit Court for Sarasota County; Thomas Krug, Judge.

Blair Allen, Public Defender, and Anthony W. Surber, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Cynthia Richards, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.